B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Utah

In re Bryan S. Child
Courtney L. Child,　　　　　　　　　　　Case No. 15-27428

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust | U.S. Bank Trust National Association as Trustee of Chalet Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501
Phone: 800.603.0836
Last Four Digits of Acct #: 4599

Court Claim # (if known): 2-1
Amount of Claim: $109,591.76
Date Claim Filed: 10/19/2015

Phone:
Last Four Digits of Acct. #: 4599

Name and Address where transferee payments should be sent (if different from above):
  SN Servicing Corporation
  PO Box 660820
  Dallas, TX 75266
Phone: 800.603.0836
Last Four Digits of Acct #: 4599

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile　　　　　　　　Date: 05/07/2019
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.